## **CERTIFICATE OF SERVICE**

I, Christopher A. Macey, Jr., hereby certify that a true and correct copy of the foregoing

Amended Complaint was filed via the Court's Electronic Case Filing (ECF) system and that the

document is available thereon for viewing and downloading.  By so filing the foregoing

document I caused it to be served, via the Court's ECF system, upon counsel for Defendants,

who are registered ECF users.


By:     */s/ Christopher A. Macey, Jr.*
        Christopher A. Macey, Jr., Esq.

DATED:  August 3, 2020