**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **KATHRYN MARTONE**<br><br>        **Plaintiff,**<br>    **vs.**<br><br>**JET AVIATION FLIGHT SERVICES,**<br>**INC., et al.**<br><br>        **Defendants.** | Civil No.:  2:19-cv-21011-BRM-ESK<br><br><br><br>**JOINT STIPULATION OF**<br>**DISMISSAL** |

IT IS HEREBY stipulated and agreed, by and between the parties, and through their

respective counsel, that the above-captioned action is voluntarily dismissed WITH PREJUDICE

against all Defendants, and without costs to any party, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| **BELL & BELL, LLP**<br>Attorneys for Plaintiff, | **OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.**<br>Attorneys for Defendants |
| BY:    */s/ Christopher A. Macey, Jr.*<br>    Christopher A. Macey, Jr.<br>    1617 John F. Kennedy Blvd.<br>    Suite 1254<br>    Philadelphia, PA 19103<br>    (215) 569-2500<br>    christophermacey@bellandbelllaw.com | BY: /s/ *Michael Nacchio*<br>    Michael Nacchio<br>    10 Madison Avenue<br>    Suite 400<br>    Morristown, NJ 07960<br>    (973) 630-2328<br>    michael.nacchio@ogletree.com |
| Dated: 9/23/2021 | Dated: October 15, 2021 |

**SO ORDERED:**                                                                48939603.1

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
Dated: 10/15/2021